UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Kelly Guay</u>

    v.                                                 Civil No. 07-cv-282-SM

<u>United States of America</u>

## O R D E R

Petitioner filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence on September 4, 2007.

Respondent shall file an answer or other pleadings on or before October 5, 2007.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

September 10, 2007

cc:   Kelly Guay, <u>pro</u> <u>se</u>
       Aixa Maldonado-Quinones, AUSA